1  **Pierce Bainbridge Beck Price & Hecht LLP**
   Carolynn Kyungwon Beck (SBN 264703)
2  Daniel Dubin (SBN 313235)
3  600 Wilshire Boulevard, Suite 500
   Los Angeles, California 90017-3212
4  (213) 262-9333

5

6  *Attorneys for Plaintiff*

7           THE UNITED STATES DISTRICT COURT
8       FOR THE CENTRAL DISTRICT OF CALIFORNIA

9  **Rachel McCumbers,** on          | Case No.
10 behalf of her minor son,          |
   **C.C.M.**, also known as Orange  | **Complaint for:**
11 Shirt Kid,                        |
12          Plaintiff,               | 1. **Direct Infringement of**
                                     |    **Copyright;**
13     v.                            | 2. **Contributory Infringement**
14                                   |    **of Copyright;**
15 **Epic Games, Inc.**, a North     | 3. **Violation of the Right of**
   Carolina corporation; and        |    **Publicity under California**
16 **Does 1 through 50**, inclusive, |    **Common Law;**
17          Defendants.              | 4. **Violation of the Right of**
                                     |    **Publicity under Cal. Civ.**
18                                   |    **Code § 3344;**
                                     | 5. **Unfair Competition under**
19                                   |    **Cal. Bus. & Prof. Code §**
20                                   |    **17200, et seq.;**
                                     | 6. **Trademark Infringement**
21                                   |    **under 15 U.S.C. § 1125(a);**
22                                   | 7. **Trademark Infringement**
                                     |    **under California Common**
23                                   |    **Law;**
24                                   | 8. **Trademark Dilution under**
                                     |    **15 U.S.C. § 1125(c)**
25

26                                   **Demand for Jury Trial**

27

28

_____
**Complaint**

1    Rachel McCumbers, on behalf of her minor son, C.C.M., also
2    known as Orange Shirt Kid ("Plaintiff" or "Orange Shirt Kid"), by and
3    through undersigned counsel, asserts the following claims against
4    Defendant Epic Games, Inc. ("Epic") and Does 1 through 50 (collectively
5    referred to as "Defendants"), and alleges as follows:

6                        **I.  OVERVIEW**

7        1.    Through its unauthorized misappropriation of Orange Shirt
8    Kid's highly popular signature dance, the "Random," along with his
9    well-known catchphrase "It's also a great exercise move!" (the
10   "Catchphrase") in its smash-hit, violent video game, Fortnite Battle
11   Royale ("Fortnite"), Defendants have unfairly profited from exploiting
12   Orange Shirt Kid's protected creative expression, likeness, and
13   trademark without consent or authorization.

14       2.    Orange Shirt Kid is a child performer who created the
15   Random dance in 2018, which exploded in popularity following the
16   release of his video performing the Random, along with the
17   accompanying Catchphrase.[1]  The Random and Catchphrase are now
18   inextricably linked to Orange Shirt Kid and continue to be a part of his
19   celebrity persona.

20       3.    Defendants capitalized on Orange Shirt Kid's celebrity and
21   the Random's popularity, particularly with its younger fans, by selling
22   the Random as an in-game purchase in Fortnite as an emote, which
23   players can buy to customize their in-game avatars by enabling these
24   avatars to perform the Random in Fortnite.

25       4.    Like selling a cheap knockoff, Defendants sold the Random
26   dance in-game and simply renamed it to "Orange Justice."  However,

27
28   [1]   A     copy      of     the     video     can     be     found     at
     https://www.youtube.com/watch?v=QZqOJNeTwXw.

                              – 1 –
                           **Complaint**

1   the Orange Justice and the Random are one and the same.  Indeed, this
2   is made plain by the caption text that accompanies the Orange Justice
3   that is the same as the Orange Shirt Kid's Catchphrase "It's also a great
4   exercise move" as well as the name of the emote—"*Orange* Justice" is
5   an obvious reference to "*Orange* Shirt Kid."  Defendants did not credit
6   Orange Shirt Kid nor seek his consent to use, display, reproduce, sell,
7   or create a derivative work based upon Orange Shirt Kid's Random
8   dance or likeness in Fortnite.  Defendants also did not seek his consent
9   to use the Catchphrase in Fortnite.

10       5.    Since being released in or around September 2017, Fortnite
11   has become among the most popular video games ever.  It was recently
12   reported that Epic grossed a $3 billion profit for 2018 fueled by the
13   success of Fortnite.  Indeed, following Fortnite's inclusion of the
14   "Orange Justice" emote in May 2018, Fortnite enjoyed the "biggest
15   month ever for a video game" and made approximately $318 million in
16   that month alone.  As a free-to-play game, Fortnite derives its sales
17   from in-game purchases.  Epic cannot profit from Orange Shirt Kid's
18   hard-earned fame by its misappropriation of the Random, Orange Shirt
19   Kid's likeness, or the Catchphrase.  Epic cannot increase the value of
20   its main product by faking endorsements by celebrities or child
21   performers.  Plaintiff seeks injunctive relief and damages, including,
22   but not limited to, Defendants' profits attributed to their
23   misappropriation of the Random, Orange Shirt Kid's likeness, and the
24   Catchphrase.

25                    **II.  THE PARTIES**

26       6.    C.C.M. resides in Fallston, Maryland.  He is better known as
27   the performer, Orange Shirt Kid.

28

1    7.    Rachel McCumbers, who brings this lawsuit on behalf of
2  Orange Shirt Kid, is his mother.  McCumbers also resides in Fallston,
3  Maryland.

4    8.    Epic is a North Carolina business corporation with its
5  principal place of business at 620 Crossroads Boulevard, Cary, NC
6  27518.  Epic is the creator and developer of the Fortnite video game
7  franchise, which was first released in July 2017.

8    9.    The true names and identities of the defendants herein sued
9  as Does 1 through 50, inclusive, are unknown to Plaintiff, who therefore
10  sues those defendants by such fictitious names.  When the true names
11  of those defendants have been ascertained, Plaintiff will amend this
12  complaint accordingly.  Each of the defendants aided and abetted and
13  is responsible in some manner for the occurrences herein alleged, and
14  Plaintiff's injuries were proximately caused thereby.

15    10.    At all times herein mentioned, each of the defendants was
16  acting as an agent, servant, employee or representative of defendants,
17  and, in doing the things alleged in this Complaint, was acting within
18  the course and scope of that agency, service, employment, or joint
19  venture.

20    **III. SUBJECT MATTER JURISDICTION AND**
21    **VENUE**

22    11.    The Court has subject matter jurisdiction over this action
23  pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1332
24  (diversity), and 28 U.S.C. § 1367 (supplemental jurisdiction).

25    12.    Venue is proper in this District under A) 28 U.S.C. §
26  1391(b)(2) (federal question jurisdiction), because a substantial part of
27  the events or omissions giving rise to the claim occurred in this District;
28  and B) 28 U.S.C. §§ 1391(b)(1) and (c) (personal jurisdiction), because

1    all defendants are subject to personal jurisdiction in this State and at
2    least one in this District.

3    ## IV.  FACTUAL BACKGROUND

4    **A.    Orange Shirt Kid and the Creation of the Random**

5        13.    Orange Shirt Kid lives in the city of Fallston, Maryland and
6    comes from humble roots.  Both of his parents work in public service:
7    his mother is a nurse practitioner and his father is in law enforcement.
8    Orange Shirt Kid is the youngest of four children.  He grew up dancing
9    like his brother, who was a hip-hop dancer and now serves in the U.S.
10   Navy.   Orange Shirt Kid made dance videos with his older brother
11   which were posted to his brother's Facebook account.  He also enjoys
12   sports, especially basketball and baseball. He is an avid reader and is a
13   straight "A" student.

14       14.    Like many children, Orange Shirt Kid spends his free time
15   playing video games.  He has been an avid player of Fortnite since the
16   game first came out.

17       15.    Orange Shirt Kid exploded in popularity in or around early
18   2018, after he made a video of himself performing the Random and the
19   accompany Catchphrase.   This video was publicly displayed on the
20   YouTube website and garnered millions of views.

21       16.    After the Random obtained widespread notoriety, Fortnite
22   players started a campaign to encourage Defendants to incorporate the
23   Random in Fortnite.

24       17.    Shortly after the Random's creation and its rise to fame,
25   Orange Shirt Kid became the victim of extreme cyber bullying.  Among
26   suffering other abuses, Orange Shirt Kid had his YouTube channel and
27   Twitter hacked.  At the time, Orange Shirt Kid was forced to deactivate
28   both his Instagram and YouTube accounts as a result and has only

recently reactivated them.   Currently, Orange Shirt Kid operates a YouTube channel under the name "OrangeShirtKid," an Instagram account under the name @orangeshirtkid, and a Twitter account under the name @0rangeShirtKid (beginning with a "0" instead of an "O").

18.   Since its creation in 2018 and its rise to fame soon after, Orange Shirt Kid's dance maintained its popularity.   Videos of the dance gained widespread recognition and notoriety, particularly on social media.   Hundreds of thousands of fans, including celebrities and athletes, have posted videos of themselves performing the Random and imitating the movements seen on Orange Shirt Kid's original video. Since the Random's creation, Orange Shirt Kid has used and continues to successfully use the Random and accompanying Catchphrase commercially.

19.   The Random and the accompanying Catchphrase has become synonymous with Orange Shirt Kid.  He is constantly inundated with requests to perform the Random and accompanying Catchphrase. Accordingly, they are part of Orange Shirt Kid's celebrity identity and, in particular, readily evoke a connection to Orange Shirt Kid.

**B.   Fortnite:  The Most Popular Video Game Ever**

20.   Even prior to releasing Fortnite, which would become among the most popular and successful video games ever, Epic had already developed two popular video game franchises:  Unreal and Gears of War.  Since releasing the first Gears of War game in 2006, Epic released several subsequent Gears of War video games, and the franchise has made has made over $1 billion in total sales.

21.   In or around 2011, following the release of the third Gears of War installment, Fortnite began from an Epic internal video game "hackathon," a gathering of Epic developers to brainstorm ideas and

1    create games in a short period.  Although the Fortnite game was not
2    developed during the hackathon, the idea to merge building games (*i.e.*,
3    Minecraft) and shooter games (*i.e.*, Gears of War or Call of Duty)
4    emerged during the hackathon.

5        22.    In or around July 2017, Epic released the initial version of
6    Fortnite as a paid early-access video game.  However, by September
7    2017, after PlayerUnknown's Battlegrounds—a game which occupied
8    the same "battle royale" genre as Fortnite—became a worldwide
9    success, Epic released Fortnite Battle Royale, a free-to-play battle
10   royale third person shooting game on the Windows, macOS, PlayStation
11   4 and Xbox One platforms.  Epic subsequently released Fortnite on the
12   iOS, Nintendo and Android platforms on April 2, 2018, June 12, 2018,
13   and August 9, 2018, respectively.

14       23.    Similar   to   PlayerUnknown's   Battlegrounds,   Fortnite
15   utilizes the battle royale format where up to 100 players, alone, in pairs,
16   or in groups, compete to be the last player or group alive.  Indeed,
17   similar to Battlegrounds and Gears of War, Fortnite features the use of
18   weapons and violence, that players use to eliminate the competition by
19   attacking and shooting them.

20       24.    As a free-to-play video game, Epic allows players to
21   download and play Fortnite for free.  Fortnite is supported by in-game
22   transactions where players can purchase virtual currency, called
23   "Vinderbucks" or "V-Bucks."  The players in turn use V-Bucks to
24   purchase customizations for their in-game avatars, including new
25   characters, pickaxe modifications, glider skins, clothes, and emotes
26   (dances or movements).  Fortnite also sells "Battle Passes" or additional
27   levels that allow you to unlock skins, gliders, and emotes unique to that
28   Pass.  Fortnite offers four pricing levels for purchasing V-Bucks:

1               1) 1,000 V-Bucks for $9.99;

2               2) 2,500 (+300 Bonus) V-Bucks for $24.99;

3               3) 6,000 (+1,500 Bonus) V-Bucks for $59.99; or

4               4) 10,000 (+3,500 Bonus) V-Bucks for $99.99.

5     25.   There are four types of emotes: common emotes, uncommon

6 emotes, rare emotes, and epic emotes. The rarer the emote, the more

7 expensive or harder it is to obtain. Uncommon emotes cost 200 V-

8 Bucks. Rare emotes cost 500 V-Bucks. And Epic emotes cost 800 V-

9 Bucks.

10     26.   To start, Fortnite provides each player with the Dance

11 Moves emote, a common emote, for no compensation. Players can then

12 obtain other emotes by purchasing and playing additional levels in

13 Battle Passes (950 V-Bucks each) that come with emotes unique to that

14 Pass, or by purchasing certain emotes directly with V-Bucks. On some

15 occasions, Fortnite sells Battle Pass emotes directly, without requiring

16 the player to purchase the Battle Pass.

17     27.   Emotes are incredibly popular and are fundamental to

18 Fortnite's success. Players purchase emotes, alongside clothing and

19 skins, to personalize their Fortnite experience. Emotes have also

20 become popular outside Fortnite. Professional athletes in soccer and

21 other sports have based their celebrations on Fortnite emotes. Young

22 adults, teenagers, and kids also post videos of themselves on YouTube

23 and social media performing emotes under various hashtags, including

24 #fortnitedance or #fortnitevideos.

25     28.   Upon information and belief, Epic creates emotes by copying

26 and coding dances and movements directly from popular videos, movies,

27 and television shows without consent. Epic does so by coding still

28 frames of the source material.

1    29.   Epic has copied the dances and movements of numerous
2    performers.   For example, Epic copied another child performer's
3    signature dance by including the Backpack Kid's "Floss" dance (which
4    is known by the same name in-game).   Other dances and movements
5    that were copied in Fortnite include, among others, the dance from the
6    2004 Snoop Dogg music video, "Drop It Like It's Hot" (named the "Tidy"
7    emote), Alfonso Ribeiro's performance of his famous dance on *The Fresh*
8    *Prince of Bel-Air* television show (named the "Fresh" emote), the dance
9    performed by Will Smith on the same television show (named the
10   "Rambunctious" emote), the dance in Marlon Webb's popular "Band of
11   the Bold" video (named the "Best Mates" emote), Donald Faison's
12   signature dance seen on the NBC television show Scrubs (named the
13   "Dance Moves" emote), and 2 Milly's "Milly Rock" dance (named the
14   "Swipe It" emote).

15   30.   Moreover, Epic also misappropriated numerous other
16   popular dances, including Orange Shirt Kid's Random dance.  Upon
17   information and belief, Epic did not seek consent or authorization to use
18   any of these movements or dances.

19   31.   Soon after its release, Fortnite became an international
20   phenomenon.   The game eclipsed 10 million players merely two weeks
21   after its release; 125 million players by July 2018.  In November 2018,
22   Bloomberg announced that Fortnite had 200 million player accounts
23   across all platforms.

24   32.   Fortnite's popularity has translated into record sales for
25   Epic.   Analysts have estimated that since its release, Fortnite has
26   generated between $1 billion to $2 billion in revenue through in-game
27   purchases such as emotes.  In May 2018, Fortnite broke its own record
28   by generating approximately $318 million in revenue, the biggest

1  month ever for a video game.  In fact, nearly 80 million people played
2  Fortnite in August 2018.  Because of Fortnite's success, Epic's estimated
3  valuation rose from about $825 million to about $5 billion.  Bloomberg
4  estimates that Epic's valuation could grow to $8.5 billion by 2018's end.

5      33.   Upon information and belief, Epic will likely continue
6  adding popular emotes to Fortnite without the artists' or creators'
7  consent or approval to attract more players and add to its ever-growing
8  revenue.

9      **C.   Fortnite's Unauthorized Use of the Random**

10     34.   On May 1, 2018, Fortnite released its Season 4 Battle Pass.
11  Players could purchase the Battle Pass, alongside its accompanying
12  emotes and other customizations, for the regular price of 950 V-Bucks.
13  As part of the Season 4 Pass, Fortnite offered a new emote that it called
14  "Orange Justice."  Fortnite players can obtain the Orange Justice emote
15  as part of the Season 4 Battle Royale Battle Pass.

16     35.   The Orange Justice emote is substantially similar to Orange
17  Shirt Kid's Random dance.  If obtained or purchased, the Fortnite
18  player's avatar can perform the dance during Fortnite gameplay.  The
19  reaction from many players worldwide was immediate recognition of the
20  emote as embodying the Random.

21     36.   However, Defendants have exploited the Random such that
22  others believed it was Defendants' original creation instead of Orange
23  Shirt Kid's.  As one example, a USA Today article featured First Lady
24  Michelle Obama performing what is clearly the Random dance at
25  Children's Hospital Colorado in December 2018.[2]  Instead of referring

26

27  [2]   The   article   and   video   can   be   found   at
    https://www.usatoday.com/story/life/allthemoms/2018/12/14/watch-michelle-
28  obama-does-fortnite-orange-justice-dance/2311187002.

to the dance as the Random, the First Lady was quoted as saying "Santa doin' Orange Justice!" which demonstrates that even she was misled about the nature of the dance she was performing.

37.    Upon information and belief, Epic intentionally developed the Orange Justice emote to exploit Orange Shirt Kid performing the Random.  In fact, numerous Fortnite players had asked for it by name to be included in the game.  Epic did not seek to obtain Plaintiffs' authorization or consent for its use of Orange Shirt Kid's likeness, the Random, or his Catchphrase.

38.    Moreover, Plaintiffs did not give Epic express or implied consent for its use of Orange Shirt Kid's likeness, the Random, or his Catchphrase.  Epic also did not compensate Orange Shirt Kid for their use.

39.    Upon information and belief, Epic added the Orange Justice emote to intentionally exploit the popularity of Orange Shirt Kid, the Random dance, and Orange Shirt Kid's Catchphrase without providing him with any form of compensation.

40.    Epic profited from its improper misappropriation of the Random and the accompanying catchphrase and Orange Shirt Kid's likeness by, *inter alia*:  1) selling the infringing Orange Justice emote directly to players; 2) selling the Season 4 Battle Pass that contains the Orange Justice emote; 3) advertising the Orange Justice emote to attract additional players, including Orange Shirt Kid's fans or those persons familiar with the Random to play Fortnite and make in-game purchases; 4) staying relevant to its current players to incentivize those players to continue playing Fortnite; 5) impliedly representing that Orange Shirt Kid consented to Epic's use of his likeness; 6) erroneously cause the association of the Random and Catchphrase with Fortnite; 7)

1  creating the false impression that Orange Shirt Kid endorsed Fortnite;
2  and 8) inducing and/or contributing to Fortnite players' avatars
3  performing the Random dance.

4      41.   Upon information and belief, Epic uses the Random, and
5  other dances, to create the false impression that Epic started these
6  dances and crazes or that the artist who created them is endorsing the
7  game. Indeed, players have posted thousands of videos of themselves
8  performing the Orange Justice emote without crediting Orange Shirt
9  Kid as the dance's creator and owner. Accordingly, upon information
10  and belief, Epic actively and knowingly directs, causes, induces, and
11  encourages others, including, but not limited to, its players, designers,
12  suppliers, distributors, resellers, software developers, and repair
13  providers, to misappropriate Orange Shirt Kid's likeness and the
14  Random dance.

15      42.   Prominent artists, including Chancelor Johnathan Bennett
16  (known as "Chance the Rapper"), Terrence Ferguson (known as "2
17  Milly"), and Alfonso Ribeiro, have also publicly disapproved of Epic's
18  practices, and advocated for Epic sharing profits with the artists that
19  created these dances.

20      43.   Epic made a fortune from unlawfully and unfairly
21  misappropriating Orange Shirt Kid's and other artists' creative
22  expression and likeness without crediting or compensating these
23  artists. Plaintiff thus brings this lawsuit to prevent Fortnite from
24  further using Orange Shirt Kid's likeness, the Random, and the
25  Catchphrase, and to recover the profits rightfully owed to him.

26
27
28

1    **FIRST CAUSE OF ACTION**

2    **(For Direct Infringement of Copyright Against All Defendants)**

3        44.   Plaintiff hereby repeats and realleges the allegations set

4    forth in paragraphs 1 through 43 above, as though fully set forth herein

5        45.   Orange Shirt Kid is the undisputed creator of the wildly

6    popular and immediately recognizable Random dance and its

7    accompanying video and Catchphrase.  Orange Shirt Kid's 2018

8    YouTube videos depicting him performing the Random and catchphrase

9    are the original depictions of the Random and the accompanying

10    catchphrase.

11        46.   Plaintiff is in the process of registering his creative work

12    with the United States Copyright Office.  On January 10, 2019, Plaintiff

13    submitted an application for copyright registration, which was assigned

14    Copyright Office case number 1-7313050531.

15        47.   Defendants have infringed Plaintiff's copyright in the

16    Random and its video by selling the Orange Justice emote as part of the

17    Season 4 Battle Pass that, if purchased, a player can use to make his or

18    her avatar perform during Fortnite gameplay; substantially copying the

19    Random in digital form in the Fortnite game; advertising the Random

20    in its promotional materials; and creating the Orange Justice emote as

21    a derivative work of the Random.

22        48.   Defendants did not seek to obtain Plaintiff's permission for

23    use of the Random and its video for the Orange Justice emote.  Nor have

24    Defendants compensated or credited Orange Shirt Kid for their use of

25    the Random.

26        49.   Moreover, Defendants actively and knowingly directed,

27    caused, induced, and encouraged others, including, but not limited to,

28    its players, designers, suppliers, distributors, resellers, software

1   developers, and repair providers, to misappropriate the Random and its
2   video.

3       50.   Defendants' acts of infringement have been willful,
4   intentional, and purposeful, in disregard of and with indifference to
5   Plaintiff's rights.

6       51.   Defendants' willful and continued unauthorized use of the
7   Random and its video has caused and will continue to cause confusion
8   and mistaken belief by leading the public to erroneously associate the
9   Random with Fortnite in violation of 17 U.S.C. §§ 101 et seq.

10       52.   As a result of Defendants' conduct, Plaintiff has been
11   damaged by being precluded from receiving his rightful share of the
12   profits earned by Epic for its improper and unlicensed use of Plaintiffs'
13   exclusive rights under copyright law in the Random and its video in
14   Fortnite.

15       53.   Plaintiff is entitled to permanent injunctive relief
16   preventing Defendants, and their officers, agents, and employees, and
17   all related persons from further using the Random and its video and
18   engaging in other acts in violation of Copyright law.

19       54.   As a direct and proximate result of Defendants'
20   infringement of Plaintiff's exclusive rights under copyright law,
21   Plaintiff is also entitled to recover damages, including attorneys' fees,
22   and any profits obtained by Defendants as a result of the infringements
23   alleged above, in an amount according to proof to be determined at the
24   time of trial.

25       55.   In doing the acts herein alleged, Defendants acted
26   fraudulently, willfully, and with malice, and Plaintiff is therefore
27   entitled to punitive damages according to proof at the time of trial.

28

## SECOND CAUSE OF ACTION

## (For Contributory Infringement of Copyright Against All Defendants)

56.   Plaintiff hereby repeats and realleges the allegations set forth in paragraphs 1 through 55 above, as though fully set forth herein.

57.   Plaintiff is in the process of registering his creative work with the United States Copyright Office.  On January 10, 2019, Plaintiff submitted an application for copyright registration, which was assigned Copyright Office case number 1-7313050531.

58.   Defendants have infringed Plaintiff's copyright in the Random and its video by selling the Orange Justice emote part of the Season 4 Battle Pass, under the name Orange Justice that, if purchased, a player can use to make his or her avatar perform during Fortnite gameplay; substantially copying the Random and its video in digital form to the Fortnite game; advertising the Random in its promotional materials; and creating the Orange Justice emote as a derivative work of the Random.

59.   By providing the Orange Justice emote necessary for its players to commit direct copyright infringement, Defendants have and continue to materially contribute to the unauthorized reproductions and distributions by its players of the Random and its video.

60.   Defendants did not seek to obtain Plaintiff's permission for its use of the Random and its video for the Orange Justice emote.  Nor have Defendants compensated or credited Orange Shirt Kid for their use of the Random and its video.

61.   Moreover, Defendants actively and knowingly directed, caused, induced, and encouraged others, including, but not limited to, its players, designers, suppliers, distributors, resellers, software

developers, and repair providers, to misappropriate the Random and its video.

62.   Defendants' acts of infringement have been willful, intentional, and purposeful, in disregard of and with indifference to Plaintiff's rights.

63.   Defendants' willful and continued unauthorized use of the Random and its video has caused and will continue to cause confusion and mistaken belief by leading the public to erroneously associate the Random with Fortnite in violation of 17 U.S.C. §§ 101 et seq.

64.   As a result of Defendants' conduct, Plaintiff has been damaged by being precluded from receiving his rightful share of the profits earned by Epic for its improper and unlicensed use of Plaintiff's exclusive rights in the Random and its video in Fortnite.

65.   Defendants' conduct is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot be compensated or measured in money. Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to injunctive relief, prohibiting further contributory infringements of Plaintiff's copyright.

66.   As a direct and proximate result of Defendants' infringement of Plaintiff's exclusive rights under copyright law, Plaintiff is also entitled to recover damages, including attorneys' fees, and any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

67.   In doing the acts herein alleged, Defendants acted fraudulently, willfully, and with malice, and Plaintiff is therefore entitled to punitive damages according to proof at the time of trial.

**THIRD CAUSE OF ACTION**

**(For Violation of the Right of Publicity Under California Common Law Against All Defendants)**

68.   Plaintiff hereby repeats and realleges the allegations set forth in paragraphs 1 through 67 above, as though fully set forth herein.

69.   Through their use of the Random and accompanying Catchphrase as an in-game emote that can be purchased as the Orange Justice emote, Defendants misappropriated Orange Shirt Kid's likeness or identity.   The Orange Justice emote depicts Orange Shirt Kid performing the Random and includes his signature Catchphrase.

70.   Upon information and belief, Defendants created the Orange Justice emote by capturing and digitally copying Orange Shirt Kid performing the Random.   Defendants then utilized the digital copy to create code that, if purchased, allows player avatars to perform the Random.

71.   Defendants did not seek or obtain Plaintiff's authorization or consent for its use of Orange Shirt Kid's likeness or identity for the Orange Justice emote.   Nor have Defendants compensated or credited Orange Shirt Kid for their use of his likeness or identity.

72.   Defendants used Orange Shirt Kid's likeness or identity to generate significant wealth by:  1) selling the infringing Orange Justice emote as part of the Season 4 Battle Pass; 2) advertising the Orange Justice emote to attract additional players, including Orange Shirt Kid's fans or those persons familiar with the Random and the accompanying Catchphrase to play Fortnite and make in-game purchases; 3) using Orange Shirt Kid's fame to stay relevant to its current players to incentivize those players to continue playing Fortnite; 4) impliedly representing that Orange Shirt Kid consented to

Epic's use of his likeness; 5) intentionally causing the erroneous public association between Orange Shirt Kid and Fortnite; 6) creating the false impression that Orange Shirt Kid endorsed Fortnite; and 7) inducing and/or contributing to the performance and misattribution of the Random and Orange Shirt Kid's likeness by others.

73.  As a performance artist, Orange Shirt Kid exploits his identity by performing with the media, and displaying his performances to YouTube and other social media channels.  Orange Shirt Kid was damaged by Defendants' conduct as he was prevented from reaping the profits of licensing his likeness or the Random and the accompanying Catchphrase to Defendants.

74.  Defendants' conduct caused and will continue to cause confusion and mistaken belief by leading the public to erroneously believe that Orange Shirt Kid consented to the use of his likeness or identity in the Fortnite game.

75.  Plaintiff is entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using Orange Shirt Kid's likeness or identity.

76.  Plaintiffs are also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

## FOURTH CAUSE OF ACTION

### (For Violation of the Right of Publicity Under Cal. Civ. Code § 3344 Against All Defendants)

77.  Plaintiff hereby repeats and realleges the allegations set forth in paragraphs 1 through 76 above, as though fully set forth herein.

1    78.    Through their use of the Random as an in-game dance emote
2    that can be purchased as the emote of the same name, Defendants
3    misappropriated Orange Shirt Kid's likeness or identity.  The Orange
4    Justice emote depicts Orange Shirt Kid performing the Random and
5    comes with his signature Catchphrase.

6    79.    Upon information and belief, Defendants created the Orange
7    Justice emote by capturing and digitally copying Orange Shirt Kid
8    performing the Random.  Defendants then utilized the digital copy to
9    create code that, if purchased, allows player avatars to perform the
10   Random.

11   80.    Defendants did not seek or obtain Plaintiff's authorization
12   or consent for its use of Orange Shirt Kid's likeness or identity for the
13   Orange Justice emote.  Nor have Defendants compensated or credited
14   Orange Shirt Kid for their use of his likeness or identity.

15   81.    Defendants used Orange Shirt Kid's likeness or identity to
16   generate significant wealth by:  1) selling the infringing Orange Justice
17   as part of the Season 4 Battle Pass; 2) advertising the Orange Justice
18   emote to attract additional players, including Orange Shirt Kid's fans
19   or those persons familiar with the Random and the accompanying
20   Catchphrase to play Fortnite and make in-game purchases; 3) using
21   Orange Shirt Kid's fame to stay relevant to its current players to
22   incentivize those players to continue playing Fortnite; 4) impliedly
23   representing that Orange Shirt Kid consented to Epic's use of his
24   likeness or identity; 5) intentionally causing the erroneous public
25   association between Orange Shirt Kid and Fortnite; 6) creating the false
26   impression that Orange Shirt Kid endorsed Fortnite; and 7) inducing
27   and/or contributing to the performance and misattribution of the
28   Random and Orange Shirt Kid's likeness or identity by others.

82.   As a performance artist, Orange Shirt Kid exploits his identity by performing in shows, events, and with the media.  Orange Shirt Kid was damaged by Defendants' conduct as he was prevented from reaping the profits of licensing his likeness or identity to Defendants.

83.   Defendants' conduct caused and will continue to cause confusion and mistaken belief by leading the public to erroneously believe that Orange Shirt Kid consented to the use of his likeness or identity in the Fortnite game.

84.   Plaintiff is entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using Orange Shirt Kid's likeness or identity.

85.   Plaintiff is also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

## FIFTH CAUSE OF ACTION

### (Unfair Competition Under Cal. Bus. & Prof. Code § 17200)

86.   Plaintiff hereby repeats and realleges the allegations set forth in paragraphs 1 through 85 above, as though fully set forth herein.

87.   By misappropriating Orange Shirt Kid's likeness, the Random, and associated Catchphrase through the creation of the Orange Justice emote, Defendants have engaged in business acts or practices that constitute unfair competition in violation of Cal. Bus. & Prof. Code. § 17200.

88.   As a result of Defendants' violations, Defendants have unjustly enriched themselves by:  1) selling the infringing Orange

Justice emote directly to players; 2) advertising the Orange Justice emote to attract additional players, including Orange Shirt Kid's fans or those persons familiar with the Random to play Fortnite and make in-game purchases; 3) using Orange Shirt Kid's fame to stay relevant to its current players to incentivize those players to continue playing Fortnite; 4) impliedly representing that Orange Shirt Kid consented to Epic's use of his likeness; 5) intentionally causing the erroneous public association between the Random and Fortnite; 6) creating the false impression that Orange Shirt Kid endorsed Fortnite; and 7) inducing and/or contributing to the performance and misattribution of the Random by others.

89.     Plaintiff has been damaged by Defendants' conduct as Plaintiff was prevented from reaping the profits of licensing Orange Shirt Kid's likeness, the Random, or associated Catchphrase to Defendants.

90.     Plaintiff is entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using Orange Shirt Kid's likeness, the Random, and Catchphrase.

91.     Plaintiff is also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

## SIXTH CAUSE OF ACTION

### (Trademark Infringement Under 15 U.S.C. § 1125(a))

92.     Plaintiff hereby repeats and realleges the allegations set forth in paragraphs 1 through 91 above, as though fully set forth herein.

93. Since creating the Random and the accompanying Catchphrase and performing it on YouTube, these creations have exploded in popularity.

94. In Fortnite, players can have their characters perform the Random within the game. In reference to Orange Shirt Kid, the emote is called "Orange Justice" and includes the accompanying Catchphrase. This is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Orange Shirt Kid with Defendants or Fortnite, or as to the origin, sponsorship, or approval of Orange Shirt Kid's goods, services, or commercial activities by Defendants.

95. Moreover, Plaintiffs are damaged by Defendants' exploitation of the Catchphrase through 1) selling the infringing Orange Justice emote and accompanying Catchphrase as part of the Season 4 Battle Pass; 2) advertising the Orange Justice emote to attract additional players, including Orange Shirt Kid's fans or those persons familiar with the Random and his Catchphrase to play Fortnite and make in-game purchases; 3) using Orange Shirt Kid's fame to stay relevant to its current players to incentivize those players to continue playing Fortnite; 4) impliedly representing that Orange Shirt Kid consented to Epic's use of his Catchphrase; 5) intentionally causing the erroneous public association between the Catchphrase and Fortnite; 6) creating the false impression that Orange Shirt Kid endorsed Fortnite; and 7) inducing and/or contributing to the performance and misattribution of the Random and the accompanying Catchphrase by others.

96.   As a result of Defendants' conduct, Plaintiff has been damaged by being precluded from receiving his rightful share of the profits from selling or licensing the Catchphrase.

97.   Moreover, Plaintiff was damaged by Defendants' conduct as they were prevented from reaping the profits of licensing the Catchphrase to Defendants for commercial gain.

98.   Plaintiff is entitled to permanent injunctive relief preventing Defendants, and their officers, agents, and employees, and all related persons from further using the Catchphrase.

99.   Plaintiff is also entitled to recover damages, including any profits obtained by Defendants as a result of the infringements alleged above, in an amount according to proof to be determined at the time of trial.

## SEVENTH CAUSE OF ACTION

### (Trademark Infringement Under California Common Law)

100.   Plaintiff hereby repeats and realleges the allegations set forth in paragraphs 1 through 99 above, as though fully set forth herein.

101.   Since 2018, Orange Shirt Kid has used, and thereby owns common law trademark rights in the Catchphrase.  The Catchphrase has acquired distinctiveness through Orange Shirt Kid's continuous and widespread use of the Catchphrase in performances and videos in the United States and worldwide.

102.   In Fortnite, players can have their characters perform the Random dance within the game.  In reference to Orange Shirt Kid, the emote is called "Orange Justice" and includes the accompanying Catchphrase "It's also a great exercise move."  Through Defendants' unauthorized use of the Catchphrase in Fortnite, Defendants have misappropriated Plaintiff's trademark.

1     103.  Moreover, Plaintiff is damaged by Defendants' exploitation
2    of the Catchphrase through 1) selling the Orange Justice emote and
3    accompanying Catchphrase as part of the Season 4 Battle Pass; 2)
4    advertising the Orange Justice emote and accompanying Catchphrase
5    to attract additional players, including Orange Shirt Kid's fans or those
6    persons familiar with the Catchphrase to play Fortnite and make in-
7    game purchases; 3) using Orange Shirt Kid's fame to stay relevant to
8    its current players to incentivize those players to continue playing
9    Fortnite; 4) impliedly representing that Orange Shirt Kid consented to
10   Epic's use of his Catchphrase; 5) intentionally causing the erroneous
11   public association between the Catchphrase and Fortnite; 6) creating
12   the false impression that Orange Shirt Kid endorsed Fortnite; and 7)
13   inducing and/or contributing to the performance and misattribution of
14   the Catchphrase by others.

15    104. As a result of Defendants' conduct, Plaintiff has been
16   damaged by being precluded from receiving his rightful share of the
17   profits from selling or licensing the Catchphrase.

18    105.  Moreover, Plaintiff was damaged by Defendants' conduct as
19   he was prevented from reaping the profits of licensing the Catchphrase
20   to Defendants for commercial gain.

21    106. Plaintiff is entitled to permanent injunctive relief
22   preventing Defendants, and their officers, agents, and employees, and
23   all related persons from further using the Catchphrase.

24    107.  Plaintiff is also entitled to recover damages, including any
25   profits obtained by Defendants as a result of the infringements alleged
26   above, in an amount according to proof to be determined at the time of
27   trial.

28

1  <h1 style="text-align:center">EIGHTH CAUSE OF ACTION</h1>

2  ## (Trademark Dilution Under 15 U.S.C. § 1125(c))

3  108. Plaintiff hereby repeats and realleges the allegations set
4  forth in paragraphs 1 through 107 above, as though fully set forth
5  herein.

6  109. By virtue of the prominent and continuous use of the
7  Catchphrase "It's also a great exercise move!" Plaintiff's mark has
8  become distinctive and famous within the meaning of 15 U.S.C. §
9  1125(c).

10  110. Defendants' conduct dilutes the distinctive quality of
11  Plaintiff's mark in violation of Section 43(c) of the Lanham Act, 15
12  U.S.C. § 1125(c).

13  111. Defendants' conduct and actions have lessened the capacity
14  of Plaintiff's mark as Defendants did not credit Orange Shirt Kid nor
15  seek his consent to use the Catchphrase.

16  112. Defendants' acts have been deliberate, willful, and
17  intentional and purposeful to exploit the popularity of the Catchphrase.

18  113. Defendants threaten to continue to advertise, promote,
19  market, sell and offer for sale the Orange Justice emote and
20  accompanying Catchphrase utilizing Plaintiff's mark, and unless and
21  restrained and enjoined, will continue to do so to Plaintiff's irreparable
22  damage.

23  114. Defendants' conduct is causing and, unless enjoined and
24  restrained by this Court, will continue to cause Plaintiff great and
25  irreparable injury that cannot be compensated or measured in money.
26  Plaintiff thus has no adequate remedy at law and is entitled to
27  injunctive relief, prohibiting further dilution of Plaintiff's mark.

28

1    115.  In addition, Plaintiff has incurred costs and attorneys' fees

2    to bring this action.

3                          **PRAYER FOR RELIEF**

4    **As to the First Cause of Action:**

5        1.   For an order restraining Defendants from using, selling, or

6    displaying Plaintiff's copyright in the Fortnite game;

7        2.   For an award of damages according to proof;

8        3.   For punitive and/or exemplary damages;

9        4.   For attorneys' fees and costs;

10   **As to the Second Cause of Action:**

11       5.   For an order restraining Defendants from using, selling, or

12   displaying Plaintiff's copyright in the Fortnite game;

13       6.   For an award of damages according to proof;

14       7.   For punitive and/or exemplary damages;

15       8.   For attorneys' fees and costs;

16   **As to the Third Cause of Action:**

17       9.   For an order restraining Defendants from using, selling, or

18   displaying Orange Shirt Kid's likeness or identity in the Fortnite game;

19       10.  For an award of damages according to proof;

20   **As to the Fourth Cause of Action:**

21       11.  For an order restraining Defendants from using, selling, or

22   displaying Orange Shirt Kid's likeness or identity in the Fortnite game;

23       12.  For an award of damages according to proof;

24       13.  For punitive and/or exemplary damages;

25   **As to the Fifth Cause of Action:**

26       14.  For an order restraining Defendants from using, selling, or

27   displaying Plaintiff's copyright, likeness, and mark in the Fortnite

28   game;

15. For an award of damages according to proof;

16. For punitive and/or exemplary damages;

17. For attorneys' fees and costs;

**As to the Sixth Cause of Action:**

18. For an order restraining Defendants from using, selling, or displaying Plaintiff's mark in the Fortnite game;

19. For an award of damages according to proof;

20. For punitive and/or exemplary damages; and

21. For attorneys' fees and costs;

**As to the Seventh Cause of Action:**

22. For an order restraining Defendants from using, selling, or displaying Plaintiff's mark in the Fortnite game;

23. For an award of damages according to proof; and

**As to the Eighth Cause of Action:**

28. For an order restraining Defendants from using, selling, or displaying Plaintiff's mark in the Fortnite game;

29. For an award of damages according to proof;

30. For punitive and/or exemplary damages;

31. For attorneys' fees and costs;

**As to All Causes of Action:**

32. For costs of suit; and

33. For such other and further relief as the Court may deem proper.

**Complaint**

1
2        Dated: January 11, 2019          Respectfully Submitted,
3                                          **Pierce Bainbridge Beck Price &**
                                           **Hecht LLP**
4
5
6                                          By:  _/s/ Carolynn Kyungwon Beck_
7                                          Carolynn Kyungwon Beck
                                           _Attorneys for Plaintiff_
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Complaint**

1

# JURY TRIAL

2    Plaintiff requests a trial by jury on all issues to which it is entitled

3 a jury.

4

5 Dated: January 11, 2019    Respectfully Submitted,

6                **Pierce Bainbridge Beck Price &**
7                **Hecht LLP**

8                By:  */s/ Carolynn Kyungwon Beck*
9                Carolynn Kyungwon Beck

10               Carolynn Kyungwon Beck (SBN
11               264703)
                cbeck@piercebainbridge.com
12               Daniel Dubin (SBN 313235)
13               ddubin@piercebainbridge.com
14               600 Wilshire Boulevard, Suite 500
                Los Angeles, California 90017-3212
15               (213) 262-9333

16

17               David L. Hecht (NY4695961) (*pro*
                *hac vice* admission pending)
18               dhecht@piercebainbridge.com
19               20 West 23rd Street, Fifth Floor
                New York, New York 10010
20               (212) 484-9866

21               *Attorneys for Plaintiff*

22

23

24

25

26

27

28

**Complaint**